STANLEY HANCOCK, JR., ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY AND TOWN OF MERIDEN ET AL.

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Thomas B. Griglum,* in support of the petition.

Submitted March 26—decided April 18, 1974

THE BLACKITE CORPORATION ET AL. *v.* PLANNING AND ZONING BOARD OF THE CITY OF MILFORD

The defendant's petition for certification for appeal from the Court of Common Pleas in New Haven County is granted.

*Leo P. Carroll,* in support of the petition.

*Gerald R. Stevens,* in opposition.

Submitted March 29—decided April 18, 1974

BRENNAN'S CADILLAC, INC. *v.* WILLIAM T. HUNT ET AL.

The petition for certification by the named defendant for appeal from the Appellate Division of the Court of Common Pleas is denied.

*William T. Hunt,* pro se, in support of the petition.

Submitted April 12—decided April 18, 1974

STATE OF CONNECTICUT *v.* STEPHEN SHELTON

The defendant's motion for a review by this court of the bond set by the Tenth Circuit Court on March 18, 1974, is dismissed. See General Statutes § 54-63g.

*J. Ward Rafferty,* in support of the motion.